**Order entered October 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00821-CR

**GORDON C. BANE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 297th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 1464818D**

## ORDER

Before the Court is the State's October 9, 2018 second motion for extension of time to file its brief. We **GRANT** the State's motion and **ORDER** the State's brief filed no later than **November 8, 2018**. Further motions to extend the time to file the State's brief will be disfavored.

/s/     CRAIG STODDART
          JUSTICE